BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2724

FILED

FEB 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAVEL YAKIMENKO, ) <br> NIKOLAY YAKIMENKO, ) <br> YURIY KALTAKCHI, and ) <br> SVETLANA KRAMARENKO, ) <br> aka LANA CONWAY, ) <br> ) <br> Defendants. ) <br> _____) | NO. 2:12-cr-0048 KJN <br><br> ORDER UNSEALING FILES |

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the files in the above-referenced case be, and hereby are, UNSEALED.

DATED: Feb 17, 2012

_____
HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge