1  The Law Office of Olaf W. Hedberg
   Olaf W. Hedberg, State Bar #151082
   901 H St., Suite 673
2  Sacramento, California 95814
   (916) 447-1192 office
3  1-412-774-3537 fax
   o.hedberg@sbcglobal.net
4

5

6

7

8

9       IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

10                                    CALIFORNIA

11

12  THE UNITED STAES OF AMERICA          Case Number:  2:12-CR-0048 TLN

                                         **STIPULATION AND ORDER FOR**
13  V.                                   **CONTINUANCE OF STATUS**
                                         **CONFERENCE**
14  PAVEL YAKIMENKO, et al.

15                                        **DATE: 8/1/2013**
                                         **TIME: 9:30 a.m.**
16                                        **JUDGE: Hon. Troy N. Nunley**

17

18

19

20       Plaintiff United States of America, by and through its counsel of record, and the

21  defendants, by and through each counsel of record, hereby stipulate as follows:

22       1.    By this stipulation, the defendants now move to continue the status conference

23  until September 26, 2013, at 9:30 a.m., and to exclude time between August 1, 2013, and

24  September 26, 2013, under Local Code T4. Plaintiff does not oppose this request.

25       2.    The parties agree and stipulate, and request that the Court find the following:

                                          1

a.      The government has represented that the discovery associated with this case includes approximately 6,500 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.      Counsel for the defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

c.      Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.       The government does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 1, 2013, to September 26, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1

2 IT IS SO STIPULATED

3 Respectfully submitted July 30, 2013

4 /s/ Olaf W. Hedberg

5 Olaf W. Hedberg
Attorney for Pavel Yakimenko

6 /s/David Fischer

7  David Fischer
Attorney for Nikolay Yakimenko

8 /s/Stanley Kubochi

9  Stanley Kubochi
Attorney for Yuriy Kaltachi

10

11 /s/Timothy Zindel
Timothy Zindel
Attorney for Svetlana Kramarenko

12

13 /s/ Michele Beckwith
 Michele Beckwith

14 Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the August 1, 2013 status conference be continued to September 26, 2013 at 9:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (ii) and Local Code T4 from the date of this order to September 26, 2013.

IT IS SO ORDERED.

Dated:  July 31, 2013

_____
Troy L. Nunley
United States District Judge