The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>PAVEL YAKIMENKO et al. | Case Number:  2:12-CR-0048 TLN<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>**DATE: 4/10/14**<br>**TIME: 9:30 a.m.**<br>**JUDGE: Hon. Troy L. Nunley** |

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1. By this stipulation, the defendants now move to continue the status conference until June 19, 2014, at 9:30 a.m., and to exclude time between April 10, 2014, and June 19, 2014, under Local Code T4. Plaintiff does not oppose this request.

2. The parties agree and stipulate, and request that the Court find the following:

a.	The government has provided additional discovery from other cases associated with this case that consists of more than 10,000 pages of investigative reports and related documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.	Counsel for the defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

c.	Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.	The government does not object to the continuance.

e.	Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f.	For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 19, 2013, to June 19, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

Respectfully submitted April 8, 2014,

/s/ Olaf W. Hedberg
Olaf W. Hedberg
Attorney for Pavel Yakimenko

/s/David Fischer
 David Fischer
Attorney for Nikolay Yakimenko

/s/Stanley Kubochi
 Stanley Kubochi
Attorney for Yuriy Kaltachi

/s/Timothy Zindel
Timothy Zindel
Attorney for Svetlana Kramarenko

/s/ Michele Beckwith
 Michele Beckwith
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the April 10, 2014 status conference be continued to June 19, 2014 at 9:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (ii) and Local Code T4 from the date of this order to June 19, 2014.

IT IS SO ORDERED.

Dated: April 10, 2014

Troy L. Nunley
United States District Judge