BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00048 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| PAVEL YAKIMENKO, NIKOLAY YAKIMENKO, YURIY KALTAKCHI, and SVETLANA KRAMARENKO, | DATE: October 26, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on October 26, 2015.

2. By this stipulation, defendants now move to continue the trial until June 13, 2016, and to exclude time between October 26, 2015, and June 13, 2016, under Local Code T4. Defendants move to continue the Trial Confirmation Hearing to May 12, 2016.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes numerous subpoenaed bank records, investigative reports and loan files. All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.  Additionally, the government has made available to the defendants all of the discovery in <u>United States v. Kuzmenko</u>, 2:11-cr-201 JAM, which is voluminous in nature.

   b) Counsel for Pavel Yakimenko was not present in court when the current trial date was set, and the current trial date conflicts with another trial of his.  The parties have consulted, and June 13, 2016, is the soonest, mutually agreeable trial date in light of the trial schedules of counsel for Svetlana Kramarenko and Nikolay Yakimenko.  All parties need additional time to review discovery, consult with their clients, to conduct investigation, and to otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.  Indeed, government counsel will be unavailable and on maternity leave from approximately October 2015 through February 2016.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 26, 2015 to June 13, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

IT IS SO STIPULATED.

Dated:  June 8, 2015                                    BENJAMIN B. WAGNER
                                                        United States Attorney


                                                        /s/ MICHELE BECKWITH
                                                        MICHELE BECKWITH
                                                        Assistant United States Attorney


Dated:  June 8, 2015                                    /s/ OLAF W. HEDBERG
                                                        OLAF W. HEDBERG
                                                        Counsel for Defendant
                                                        Pavel Yakimenko


Dated:  June 8, 2015                                    /s/ DAVID D. FISCHER
                                                        DAVID D. FISCHER
                                                        Counsel for Defendant
                                                        Nikolay Yakimenko


Dated:  June 8, 2015                                    /s/ A. STANLEY KUBOCHI
                                                        A. STANLEY KUBOCHI
                                                        Counsel for Defendant
                                                        Yuriy Kaltakchi


Dated:  June 8, 2015                                    /s/ / TIMOTHY ZINDEL
                                                        / TIMOTHY ZINDEL
                                                        Counsel for Defendant
                                                        Svetlana Kramarenko


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of June, 2015.


                                                        Troy L. Nunley
                                                        United States District Judge